[No. 30189-6-I.  Division One.  September 13, 1993.]

*In the Matter of the Marriage of* NANCY ANN HARRIS,
*Appellant, and* MICHAEL DEAN HARRIS,
*Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-3-09144-4, George T. Mattson, J., entered January 21, 1992. *Affirmed* by unpublished opinion per Pekelis, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 29795-3-I.  Division One.  September 13, 1993.]

*In the Matter of the Estate of* GAIL P. LEDERLE.

TIMOTHY LEDERLE, *Appellant*, v. THOMAS LEDERLE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 88-4-03066-6, George A. Finkle, J., entered November 15, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Grosse and Forrest, JJ.

[No. 26118-5-I.  Division One.  September 13, 1993.]

KOREN CONINE, *Appellant*, v. STANLEY T. McGUIRE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-18447-3, Mary Wicks Brucker, J., entered April 3, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Forrest, JJ.